

**FILED**

*3:04 pm, 10/24/19*

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff

vs.

GUADALUPE HERNANDEZ, JR.

Defendant.

Case Number:   19-mj-89-SWS

Date 10/24/2019    Time 2:15 - 2:27 p.m.    Before the Honorable    Kelly H. Rankin

☐ Indictment    ☐ Information    ☑ Complaint    ☐ Arraignment    ☐ Rule 5

☑ Initial Appearance    ☐ Detention Hearing    ☐ Preliminary Hearing    ☐ Removal Hearing

☐ Other

Offense: 18 U.S.C.922(g)(1) and 924(a)(2) Felon in Possession of a Firearm

| Kim Blonigen | FTR | Kristin Danni |
|---|---|---|
| Clerk | Court Reporter | Probation Officer |
| Eric J. Heimann | Brian Hoose |  |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared    ☐ Voluntarily    ☐ In Custody

☑ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing   No counsel present

☐ FPD    ☐ PANEL-CJA    ☐ RETAINED    ☐ WAIVED

**Initial appearance**    Date  10/24/2019

(Comments)   Defendant advised of charge, rights and possible penalties

WY53

Rev. 06/17/2019

☑ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing waived
☐ Preliminary / Final revocation hearing waived
☐ Removal hearing waived

☐ Arraignment set for:
Date _____ Time _____ Judge _____

☑ Preliminary hearing set for:  Date 10/29/2019   Time 2:00 p.m.
Judge  R. Michael Shickich   in

☐ Revocation hearing set for:  Date _____   Time _____
Judge _____   in

☑ Detention hearing set for:
Date 10/29/2019   Time 2:00 p.m.   Judge R. Michael Shickich

☐ Removal hearing set for:
Date _____ Time _____ Judge _____

☐ Court orders defendant held to answer to U.S. District Court, District of _____
☐ Other _____